**STATE of Missouri, Respondent,**

v.

**Gerald HUFF, Appellant.**

**No. WD 38071.**

Missouri Court of Appeals, Western District.

Nov. 18, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 23, 1986.

Application to Transfer Denied Feb. 17, 1987.

Sean O'Brien, Public Defender, Todd Wilhelmus, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Timothy W. Anderson, Asst. Atty. Gen., Jefferson City, for respondent.

Before PRITCHARD, P.J., and KENNEDY and LOWENSTEIN, JJ.

## ORDER

PER CURIAM.

Appeal from jury convictions of murder in the second degree, § 565.021.1 RSMo 1978, armed criminal action, § 571.015 RSMo 1978, assault in the first degree, § 565.050 RSMo 1978, and armed criminal action, § 571.015 RSMo 1978, and sentences of twenty (murder) and ten years (armed criminal action), to run concurrently, and ten (assault) and ten years (armed criminal action), to run concurrently with one another, but consecutively with the first two sentences.

Judgment affirmed. Rule 30.25(b).